UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Brian Franks.,

                        Plaintiffs,

          -against-

City of New Rochelle, et al.,

                        Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:24-cv-00539-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled **May 7, 2024 at 11:00 AM**.

The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

      (1) a brief summary of claims, defenses, and relevant issues;
      (2) the basis of subject matter jurisdiction;
      (3) the subjects on which discovery may be needed;
      (4) any anticipated discovery disputes or sought-after limitations on discovery;
      (5) any plans for electronic discovery and ESI protocols;
      (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
      (7) any anticipated motions; and
      (8) the prospects and timing for early settlement or resolution.

      **SO ORDERED.**

DATED:    White Plains, New York
                March 14, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/2024