**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

Brian Franks,

                                   Plaintiff,

                                                                          24-cv-539-KMK-VR

                      -against-

City of New Rochelle, et al.,                                  **ORDER**

                                   Defendants.

-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

On March 14, 2024, the Court schedule a telephonic Status Conference for May 7, 2024,

at 11:00 AM.  (ECF No. 12).  Both parties failed to appear at today's conference.  The parties are

directed to submit a joint letter, by no later than **May 14, 2024**, providing the Court with an

update on the status of the case.  The letter should detail the progress of discovery over the prior

month and the anticipated next steps over the upcoming month.

The Clerk of Court is further respectfully directed to mail a copy of this order to Plaintiff.


                **SO ORDERED.**

DATED:        White Plains, New York
                      May 7, 2024


                                                                      _____
                                                                      VICTORIA REZNIK
                                                                      United States Magistrate Judge

1