UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANKS.,

                Plaintiffs,

-against-

CITY OF NEW ROCHELLE, ET AL.,

                Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:24-CV-00539-KMK-VR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/2024

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **5/29/24 at 11:00 AM.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

    DEFENSE COUNSEL: PLEASE NOTIFY PRO SE PLAINTIFF OF THIS SCHEDULE.

    **SO ORDERED.**

DATED:    White Plains, New York
                May 8, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge