UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Franks,

                              Plaintiffs,

                 -against-

City of New Rochelle,

                              Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:24-cv-00539-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **August 1, 2024  at  10:30**

**AM.**  The parties are to dial in to the ATT conference line at 877-336-1839, enter access code

5999739  and then # to enter the conference.

        **SO ORDERED.**

DATED:        White Plains, New York
              July 16, 2024

              _____
              VICTORIA REZNIK
              United States Magistrate Judge