UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FRANKS,

                *Plaintiff*,

v.

CITY OF NEW ROCHELLE, P.O. JOSEPH WASSNER, *and* TWO OTHER JOHN DOE OFFICERS,

                *Defendants*.

Case No. 24-CV-539 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

      The Court adopts the following briefing schedule:  Defendants shall file their Motion for Summary Judgment by no later than December 20, 2024.  Plaintiff shall file a response by no later than January 31, 2025.  Defendants shall file a reply by no later than February 21, 2025.

      The Parties are also reminded that there is a strict page limit, which will be extended only in extreme circumstances.  If oral argument is requested, it may be scheduled by the Court.  Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    November 14, 2024
               White Plains, New York

                                                              KENNETH M. KARAS
                                                              UNITED STATES DISTRICT JUDGE