# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

BRIAN FRANKS,

                    Plaintiff,                         24 **CIVIL** 0539 (KMK)

        -against-                               **JUDGMENT**

CITY OF NEW ROCHELLE, P.O. JOSEPH
WASSNER, and TWO OTHER JOHN DOE
OFFICERS,

                    Defendants.

-------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order and Opinion dated September 23, 2025, Defendants' motion for

summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       September 23, 2025

                                       **TAMMI M. HELLWIG**

                                   _____

                                       **Clerk of Court**

           **BY:**   _____

                                    **Deputy Clerk**